UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff/Respondent,

v.

ERNEST THOMPSON,

        Defendant/Petitioner.

_____/

CRIM. NO. 13-20495

Paul D. Borman
United States District Judge

Elizabeth A. Stafford
United States Magistrate Judge

## ORDER ADOPTING MAGISTRATE JUDGE ELIZABETH A. STAFFORD'S REPORT AND RECOMMENDATION AND DENYING DEFENDANT-PETITIONER'S MOTION TO VACATE AND/OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255

On February 24, 2016, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation (ECF No. 279) recommending the Court deny Defendant/Petitioner Eric Washington's Motion to vacate and/or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 234). There having been no objections filed within the time period allowed, the Court hereby ADOPTS the Report and Recommendation and DENIES Defendant/Petitioner's motion.

                                      s/Paul D. Borman
                                      PAUL D. BORMAN
                                      UNITED STATES DISTRICT JUDGE

Dated:  March 29, 2016

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 29, 2016.

                                                s/Deborah Tofil
                                                Case Manager