UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

ERNEST THOMPSON,

    Defendant/Petitioner.

_____/

Case No. 13-20495

Paul D. Borman
United States District Judge

Elizabeth A. Stafford
United States Magistrate Judge

On February 24, 2016, Magistrate Judge Elizabeth A. Stafford issued a Report & Recommendation (ECF No. 279) in which she recommended that the defendant/petitioner's Motion to Strike Defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 234) be DENIED.

On May 6, 2016, Defendant/Petitioner filed Objections to the Report & Recommendation. (ECF No. 294)

The Court, having reviewed Defendant/Petitioner's objections, hereby ACCEPTS Magistrate Judge Stafford's Report & Recommendation and DENIES Defendant/Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255.

SO ORDERED.

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: October 31, 2016

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 31, 2016.

                                      s/Deborah Tofil
                                      Case Manager